UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

KOREAN AIR LINES CO., LTD.,  Docket No.: CV10-2484 (SLT)(JO)

        Plaintiff,  CIVIL ACTION

  vs.

THE PORT AUTHORITY OF NEW
YORK AND NEW JERSEY, TULLY
CONSTRUCTION COMPANY, INC.,
COVENANT AVIATION SECURITY, LLC
AND KAMALL A. MCLEAN,

        Defendants,
And  **STIPULATION OF VOLUNTARY**
    **DISMISSAL OF THE**
    **UNITED STATES OF AMERICA**
------------------------------------------------------X
TULLY CONSTRUCTION COMPANY,
INC. and KAMALL A. MCLEAN,

        Defendants/
        Third-Party Plaintiffs,

  vs.

THE UNITED STATES OF AMERICA,

        Third-Party Defendant.
------------------------------------------------------X

    All parties to the above-captioned litigation voluntarily dismiss any and all claims, including third-party claims and cross-claims, against the United States of America without prejudice.  All parties to bear their own costs.

This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure.

DATED: May 30, 2012

| | |
|---|---|
| */s Matthew D. Kohel*<br>Matthew D. Kohel<br>Cozen O'Connor<br>*Attorney for Defendants and Third-Party Plaintiffs Tully Construction Company, Inc. and Kamall A. McLean* | *s/ Raymond Mariani*<br>Raymond L. Mariani<br>*Attorneys for Plaintiff Korean Air Lines Co., Ltd.* |
| *s/ Nicholas E. Pantelopoulos*<br>Nicholas E. Pantelopoulos<br>*Attorneys for Defendant Covenant Aviation Security, LLC* | *s/ Chris Gannon*<br>Christian H. Gannon<br>David Solomon Kostus<br>Segal McCambridge Singer & Mahoney<br>*Attorneys for Defendant The Port Authority Of New York and New Jersey* |
| *s/ Michael Jaffee*<br>Michael Jaffe<br>Nicholas C. Harris<br>Pazer, Epstein, & Jaffe, PC<br>*Attorneys for Kamall A. McLean* | *s/ Orla M. Brady*<br>Orla M. Brady<br>United States Department of Justice<br>*Attorney for the United States of America* |

## CERTIFICATE OF SERVICE

      I certify that on May 30, 2012, I electronically filed the foregoing document with the Clerk of the United States District Court for the Eastern District of New York using its CM/ECF system which would then electronically notify the following CM/ECF participants in this case:

| | |
|---|---|
| Matthew D. Kohel<br>Cozen O'Connor<br>*Attorney for Defendants and Third-Party Plaintiffs Tully Construction Company, Inc. and Kamall A. McLean*<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>(212) 509-9400 (tel.)<br>(212) 509-9492 (fax) | Raymond L. Mariani<br>*Attorneys for Plaintiff Korean Air Lines Co., Ltd.*<br>500 Mamaroneck Ave., Suite 320<br>Harrison, NY 10528<br>(914) 705-4568 (tel.)<br>(914) 705-4578 (fax) |
| Jennifer Huang<br>Nicholas E. Pantelopoulos<br>Kaplan, Massamillo & Andrews, LLC<br>*Attorneys for Defendant Covenant Aviation Security, LLC*<br>70 East 55 Street, 25 Floor<br>New York, New York 10022<br>(212) 922-0450 (tel.) | Christian H. Gannon<br>David Solomon Kostus<br>Robert Richard Brooks-Rigolosi<br>Segal McCambridge Singer & Mahoney<br>*Attorneys for Defendant The Port Authority Of New York and New Jersey*<br>830 Third Ave., Suite 400<br>New York, NY 10022<br>(212) 651-7500 (tel.)<br>(212) 912-3667 (fax) |
| Michael Jaffe<br>Nicholas C. Harris<br>Pazer, Epstein, & Jaffe, PC<br>*Attorneys for Kamall A. McLean*<br>20 Vesey Street, Suite 700<br>New York, NY 10007<br>(212) 227-1212 (tel.)<br>(212) 374-1778 (fax) | |

                                                s/ Orla M. Brady

                                                ORLA M. BRADY<br>                                                Trial Attorney<br>                                                United States Department of Justice