UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

KOREAN AIR LINES CO., LTD.,

        Plaintiff,

    -against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, TULLY CONSTRUCTION CO., INC.,
COVENANT AVIATION SECURITY, LLC, and
KAMALL A. McLEAN

        Defendants.
----------------------------------------------------------------------x

TULLY CONSTRUCTION CO., INC., and
KAMALL McLEAN,

        Defendants/Third Party Plaintiffs,

    -against-

THE UNITED STATES OF AMERICA,

        Third-Party Defendants.
----------------------------------------------------------------------x

Docket No. 10-cv-2484 (SLT)(JO)

**CROSS-CLAIMANT KAMALL McLEAN'S OBJECTIONS TO THE REPORT & RECOMMENDATION OF MAGISTRATE JUDGE JAMES ORENSTEIN DATED AUGUST 1, 2012 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a)**

Pursuant to Fed. R. Civ. P. 72(a) Defendant/Cross-Claimant KAMALL McLEAN hereby respectfully objects to the Order of Hon. James Orenstein, U.S.M.J. dated August 1, 2012, as more fully set forth in the accompanying Memorandum of Law and Declaration filed simultaneously herewith.

Dated: New York, New York
      August 20, 2012

                  Respectfully Submitted,
                  PAZER, EPSTEIN & JAFFE, P.C.

            By:     /s/
                  Matthew J. Walters
                    (of counsel)
                  20 Vesey Street, Suite 700
                  New York, New York 10022
                  (212) 227-1212
                  *Attorneys for Cross-Claimant Kamall McLean*