

David Kostus
Direct (212) 651-7463
dkostus@smsm.com
Admitted in New York & New Jersey

Via ECF

August 30, 2012

Magistrate Judge James Orenstein
U. S. District Court
Eastern District of New York
225 Cadman Plaza East, Rm. 1227 South
Brooklyn, New York, 11201

   Re: Korean Air Lines v. Port Authority of New York & New Jersey, et. al
     Case No: 10-CV-2484-SLT-JO

Dear Judge Orenstein:

Our firm represents The Port Authority of New York and New Jersey ("Port Authority") in this matter. On August 20, 2012, defendant Kamal McLean ("McLean") filed Objections to Your Honor's August 1, 2012 Report and Recommendation (the "Report") denying McLean's motion to amend his Answer and Cross-Claims to include a claim for personal injuries against the Port Authority.

Given the extent of those objections and the twenty (20) day time frame which McLean was given to file the same, the Port Authority respectfully requests that it be permitted a short extension of time to respond to such objections until September 7, 2012. I have attempted to contact counsel for McLean to obtain their consent for the same, but as of yet have not received a response.

            Respectfully submitted,

            David S. Kostus

cc: All parties by ECF