# Pazer, Epstein & Jaffe, P.C.

ATTORNEYS AT LAW
20 VESEY STREET
NEW YORK, NEW YORK 10007
(212) 227-1212

PERRY PAZER
MARK J. EPSTEIN
MICHAEL JAFFE
MATTHEW J. FEIN
EUGENE GOZENPUT
JOSEPH PUSATERI

FACSIMILE (212) 374-1778
SUFFOLK OFFICE
1776 E. JERICHO TURNPIKE
HUNTINGTON, N.Y. 11743
(631) 864-2429

July 11, 2013

**Via Electronic Court Filing**
Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Korean Airlines Co., Ltd v. Port Authority of New York & New Jersey, *et al.*
         Docket No.  10-cv-2484 (SLT)(JO)

Dear Honorable Judge Chen:

A conference was held on May 17, 2013.  At that conference you were informed that negotiations were under way between the plaintiff and defendant Covenant Aviation Security LLC.  The plaintiff was instructed to inform the Court with relation to these negotiations on or before July 17, 2013.

I am pleased to inform the Court that settlement negotiations have resulted in a settlement of the action of Kamall McLean with Covenant Aviation Security LLC.  This action was settled for the sum of $50,000.00 leaving the action against Korean Airlines still pending.

It is also respectfully reported that the settlement in the sum of $50,000.00 was consented to by the workers' compensation lien holder.  The final Stipulation of Settlement will be filed promptly by counsel for the defendant Covenant.

Respectfully Yours,

PAZER EPSTEIN & JAFFE, P.C.

By PERRY PAZER

PP:dr

cc: Raymond L. Mariani, Esq.
Murray, Morin & Herman
500 Mamaroneck Avenue, Suite 320
Harrison, New York 10528

Nicholas E. Pantelopoulos, Esq.
Kaplan, Massamillo & Andrews, LLC
555 Fifth Avenue, 15th Floor
New York, New York 10017

ELECTRONICALLY MAILED TO:

Raymond L. Mariani rmarianilaw@gmail.com

Nicholas E. Pantelopoulos nep@kmalawfirm.com