UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| KOREAN AIR LINES CO., LTD., <br>                  Plaintiff, <br><br> -against- <br><br> THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, TULLY CONSTRUCTION COMPANY, INC., COVENANT AVIATION SECURITY, LLC and KAMALL A. MCLEAN, <br><br>                  Defendants. | Docket No.: 10 CIV 2484 (PKC)(JO) <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS AGAINST COVENANT AVIATION WITH PREJUDICE |

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties herein, pursuant to Fed.R.Civ.P. 41(a)(1), as follows:

1. The Cross-Claims by Defendant KAMALL A. MCLEAN against COVENANT AVIATION SECURITY, LLC are dismissed in their entirety with prejudice with each party bearing their own costs; and

2. The Claims by Plaintiff KOREAN AIR LINES CO., LTD. for contribution and indemnity against COVENANT AVIATION SECURITY, LLC are dismissed in their entirety with prejudice with each party bearing its own costs.

3. The provisions of New York General Obligations Law 15-108 remain in full force and effect with regard to the remaining claims of counterclaimant Kamall Mclean.

Dated: July 23, 2013
       New York, New York

[Signatures on next page]

PAZER, EPSTEIN & JAFFE P.C.
*Attorneys for Defendant/Cross-Claimant*
*Kamall A. McLean*

By: _____
Perry Pazer, Esq.
20 Vesey Street
New York, New York 10007

KAPLAN, MASSAMILLO & ANDREWS, LLC
*Attorneys Defendant*
*Covenant Aviation Security, LLC*

By: _____
Nicholas E. Pantelopoulos, Esq.
70 East 55th Street, 25th Floor
New York, New York 10022

MURRAY, MORIN & HERMAN
*Attorneys for Plaintiff/Cross-Claimant*
*Korean Air Lines Co., Ltd.*

By: _____
Raymond L. Mariani, Esq.
500 Mamaroneck Avenue, Suite 320
Harrison, New York 10528

**SO ORDERED:**

_____
Hon. Pamela K. Chen, U.S.D.J.